IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG A. JACKSON
Plaintiff,

vs.            Case No.: 3:17cv791/RV/EMT

LEE BROWN, M.D., et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 19, 2019 (ECF No. 112). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections (doc. 120).

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motions for summary judgment (ECF Nos. 32, 38, 57, 66, 70) are **GRANTED**, and judgment entered in favor of Defendants and against Plaintiff.

**DONE AND ORDERED** this 20th day of August, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**